Fred Leroy **ROBERTSON** and Lillian H. Robertson, his wife, Plaintiffs-Appellants,

v.

Nancy **KELLEY**, Individually, and as Trustee and last surviving officer of Land Market Realtors, Inc., a defunct corporation, Stockton, Missouri, et al., Defendants-Respondents.

No. 10497.

Missouri Court of Appeals, Springfield District.

Dec. 28, 1976.

Robert Stemmons, Mount Vernon, for plaintiffs-appellants.

Roy W. Brown, Kansas City, for defendant-respondent Kelley.

John M. Belisle, Belisle & Baker, Osceola, for defendants-respondents Broyles.

PER CURIAM.

This appeal from the Circuit Court of Cedar County involves the sale of a parcel of realty in Cedar County, Missouri. As in *Caudle v. Kelley et al.,* No. 10496, Mo. App., 545 S.W.2d 427, reported concurrently herewith, the plaintiffs' petition is laid in four counts. The parties (except defendant Kelley) and sums involved are different, but otherwise plaintiffs' petition is a mere rescript of the petition in No. 10496, and the action taken by the trial court is identical to that taken in No. 10496. For the reasons stated in *Caudle v. Kelley et al.,* supra, the appeal is premature. Repetitive discussion of the controlling principles is unnecessary and the appeal is dismissed. See Rule 84.14, V.A.M.R.

All concur.